John M. Sorich – Bar #125223
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400/ Fax No. (714) 327-4499
157-42241-2

Attorneys for Secured Creditor, Chase Home Finance, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 09-41635 |
| JORGE GUILLERMO TEJADA, | (Chapter 13) |
| Debtors. | **REQUEST FOR SPECIAL NOTICE** |
| | Date: |
| | Time: (No hearing required) |
| | Place: |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Request is hereby made by the Secured Creditor, **Chase Home Finance, LLC**, that its attorney, John M. Sorich of ALVARADO & ASSOCIATES, LLP located at 1 Mac Arthur Place, Suite 210, Santa Ana CA 92707, receive notice of all pleadings, papers, notices, applications, amendments, orders and all other matters in the above-referenced proceedings.

Dated: March 17, 2009

ALVARADO & ASSOCIATES, LLP

By /S/ John M. Sorich
John M. Sorich
Attorney for Secured Creditor