```
 1  SCHEER LAW GROUP, LLP
    SPENCER P. SCHEER #107750
 2  JOSHUA L. SCHEER #242722
    REILLY D. WILKINSON #250086
 3  JONATHAN SEIGEL #168224
    155 Redwood Drive, Suite 100
 4  San Rafael, CA  94903
    Telephone:  (415) 491-8900
 5  Facsimile:  (415) 491-8910
    A.310-0756S
 6
    Attorneys for Secured Creditor
 7  AMERICAN GENERAL FINANCIAL SERVICES, INC.
 8
                    UNITED STATES BANKRUPTCY COURT FOR THE
 9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
    In re:                              Bk. No. 09-41635 - LJT
12
    JORGE GUILLERMO TEJADA,             Chapter 13
13
            Debtor.
14                                      REQUEST FOR SPECIAL NOTICE
15
16
17
18
19          Attorneys for AMERICAN GENERAL FINANCIAL SERVICES, INC. request

20  that it be served with a copy of all notices required to be mailed to any creditor, equity security

21  holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the

22  following address:

23
                       AMERICAN GENERAL FINANCIAL SERVICES, INC.
24                     c/o SCHEER LAW GROUP, LLP
                       155 N. Redwood Drive, Suite 100
25                     San Rafael, California 94903

26                                      SCHEER LAW GROUP, LLP
27  DATED:  September 23, 2009           /s/ REILLY D. WILKINSON
28                                       #250086
```