SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES
2851 JUNCTION AVE
SAN JOSE CA 95134-1910



**FILED**
FEB 24 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
FEB 2 6 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA



02/22/2010

Clerk of the Court
US BANKRUPTCY COURT
PO BOX 7341
SAN FRANCISCO CA 94120-7341

CSE Case Number: 0750060885-01
Custodial Party:
  GABRIELA GONZALEZ
Noncustodial Parent:
  JORGE G TEJADA
Court Case Number: DA62519

Dear Clerk of the Court:

RE: 09-41635

Please add our office to the list of creditors for the purpose of notice.

Thank you.

Please contact us at (866) 901-3212   with the above case number if you have any questions.

Sincerely,

DARRYL LEONG
Child Support Representative

FREE FORM CORRESPONDENCE
DCSS 0196 (08/16/04)

STATE OF CALIFORNIA – HEALTH AND HUMAN SERVICES AGENCY
DEPARTMENT OF CHILD SUPPORT SERVICES

LEGAL ATTO

DD2154024030